[No. 28460-0-II.   Division Two.   July 15, 2003.]

*In the Matter of the Estate of* EVA C. AAMODT.

KATHIE AAMODT WARD, ET AL., *Appellants*, v. MARY GENTRY, *as Personal Representative*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 96-4-00290-3, Thomas Felnagle and Wm. Thomas McPhee, JJ., entered February 1, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 28596-7-II.   Division Two.   July 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDER S. HOVEY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 96-1-01276-2, Richard A. Strophy, J., entered March 21, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 28723-4-II.   Division Two.   July 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JON HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-00641-0, Bryan E. Chushcoff, J., entered April 16, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 28875-3-II.   Division Two.   July 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES R. MURPHY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-04797-5, Frederick W. Fleming, J., entered May 15, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Seinfeld, J.